# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1701 AVENUE P
BROOKLYN • NEW YORK • 11229

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

January 27, 2014

**VIA ECF**
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    Index No. 1:13-cv-03570-NGG-CLP
                Pinson v. GC Services Limited Partnership

Dear Honorable Judge Pollak:

     I represent the plaintiff in the above referenced matter and am informing the Court that the plaintiff has just accepted the defendant's offer of settlement. Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

     Thank you for Your Honor's time and attention to this matter.

                                              Very truly yours,

                                              /s/ Maxim Maximov

                                              Maxim Maximov, Esq.