# HINSHAW
### & CULBERTSON LLP

Matthew E. Lewitz
212-471-6201
mlewitz@hinshawlaw.com

**ATTORNEYS AT LAW**

800 Third Avenue
13th Floor
New York, NY 10022

January 27, 2014

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

**VIA ELECTRONIC FILING**
Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: ***Pinson v. GC Services Limited Partnership***
      *Docket No. 13-cv-03570 (NGG)(CLP)*

Dear Judge Pollak:

  We represent GC Services Limited Partnership ("GCS") in the above-referenced matter. We write to clarify the record with respect to settlement. Contrary to plaintiff's assertion in his letter dated January 27, 2014, this matter was not settled by virtue of plaintiff's acceptance of GCS's offer of settlement. Rather, the parties reached a negotiated settlement which culminated in GCS's acceptance of plaintiff's most recent settlement demand. The parties are preparing settlement documents and will submit a stipulation of dismissal for the Court's endorsement within thirty days.

  We thank the Court for its consideration in this matter.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: _____
   Matthew E. Lewitz

*[Handwritten: Stipulation of dismissal to be filed in 45 days. So Ordered.
/s/ CHERYL POLLAK
USMJ 1/28/14]*

cc: Maxim Maximov, Esq. (Via ECF)

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin