UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| MORDECHAI PINSON on behalf of himself and all other similarly situated consumers<br><br>             Plaintiff,<br><br>-against-<br><br>GC SERVICES LIMITED PARTNERSHIP<br><br>             Defendant. | Index# 1:13-cv-03570-NGG-CLP<br><br>**STIPULATION OF DISMISSAL** |

_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated:  Brooklyn, New York<br>            March 13, 2014 | Dated:  New York, New York<br>            March 13, 2014 |
| _/s/ Maxim Maximov_____<br>Maxim Maximov, Esq.<br>Maxim Maximov, LLP<br>Attorney for the Plaintiff<br>1701 Avenue P<br>Brooklyn, New York 11229<br>Office: (718) 395-3459<br>Facsimile: (718) 408-9570<br>E-mail: m@maximovlaw.com | _/s/ Concepcion A. Montoya_____<br>Concepcion A. Montoya, Esq.<br>Hinshaw & Culbertson LLP<br>Attorney for the Defendant<br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>Office: 212-471-6200<br>Fax: 212-935-1166<br>E-mail: cmontoya@hinshawlaw.com |