UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MORDECHAI PINSON on behalf of himself and all other similarly situated consumers

                Plaintiff,

-against-

GC SERVICES LIMITED PARTNERSHIP

                Defendant.

Index# 1:13-cv-03570-NGG-CLP

**STIPULATION OF DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       March 13, 2014

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: New York, New York
      March 13, 2014

/s/ Concepcion A. Montoya
Concepcion A. Montoya, Esq.
Hinshaw & Culbertson LLP
Attorney for the Defendant
800 Third Avenue, 13th Floor
New York, New York 10022
Office: 212-471-6200
Fax: 212-935-1166
E-mail: cmontoya@hinshawlaw.com

So ordered,
s/Nicholas G. Garaufis
3/17/14